IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL-EVERET DENNISON, Jr., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv871-MHT (WO) |
| TERRI BOZEMAN LOVELL, | ) ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit alleging that the defendant has committed a number of federal crimes. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE